UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK KALODIMOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEALTHTRONICS GROUP, L.P. and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 8:21-cv-01708 CJC-JDE<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION ONLY** |

**GOOD CAUSE APPEARING**, the Court approves and enters the parties' Stipulation and Protective Order (Dkt. 17,"Stipulation") EXCEPT to the extent it contains filing procedures contrary to the Local Civil Rules of this Court, including Local Rules 37-1 et seq. and 79-5, et seq. The Local Civil Rules, including meet and confer timing and requirements, shall govern filing of all documents and contrary provisions in the Stipulation shall be disregarded.

DATED: March 18, 2022

　　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge